

# Fourth Court of Appeals
## San Antonio, Texas

December 4, 2017

No. 04-17-00567-CV

**IN THE INTEREST OF L.J.T., A CHILD**,

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2016PA01890
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

The State's Second Motion for Extension of Time to file brief is hereby GRANTED. Time is extended to December 27, 2017. **Further requests for extension of time will be disfavored.**

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of December, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court